UNITED STATES DISTRICT COURT
DISTRICT OF
DIVISION

MCA5517D @ GMAIL.COM

R. M. Provino,
_____
Plaintiff(s),

U.S Federal Court
& clerk, Jack Brooks
Federal Courthouse
300 Willow ST. SU. 104
Beaumont, Texas 77701

v.

Case Number 1:21cv143

David G. Suisse
_____
Defendant(s).

Murder & Fleecing of
[Title of Document]
Helen S. Provino
Blind Age 82

[Body of pleading]

He Murdered
Helen S. Provino A
blind woman While
Fleecing Her &
overcharging Her $800,000

Respectfully submitted,

R. M. Provino
[Name]
[Address] 5740
[Telephone Number]
University Heights Blvd
San Antonio TX 78249

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been furnished by [U.S. Mail, hand delivery, facsimile, etc.] to [Name and address of opposing counsel], this [30th] day of [September], Year.

Jurisdictional Plea

R. M. Provino
[Signature]

**PLEADING FORMAT**

**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF _____
_____ DIVISION

MCA5517D@gmail.com

R. M. Provino
(Enter your full name)

Plaintiff(s)

Case No. _____

v.

David G. Suisse
(Enter full name of Defendant)

Defendant(s)

(775) 393-0590

R. M. Provino
5740 University Heights Blvd.
San Antonio, TX 78249

COMPLAINT

1. First Paragraph (Name and Address of Plaintiff)
2. Second Paragraph (Name and Address of Defendant)
3. Third Paragraph (Jurisdictional Plea)
4. Fourth Paragraph — David
5. Fifth Paragraph — G. Suisse

1004 Padre Blvd STE A, South Padre Island, TX 78597

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Relief $10,000,000

A demand for trial by jury may be made in the complaint.

Beach

Signature R.M. Provino
Name (Typed or Printed)
Address 5740 University Heights Blvd. San Antonio, TX 78249
Telephone No.

**Attachment 2**

UNITED STATES DISTRICT COURT
DISTRICT OF
DIVISION

R.M. Provino
(Enter your full name)
(725) 393-0590
Plaintiff(s)

Case No. _____

v.

David G. Suisse
(Enter full name of Defendant)
Defendant(s)

MCA5517D@Gmail.com

COMPLAINT   RM. Provino
5740 University
Heights Blvd
San Antonio TX 78249

1. First Paragraph (Name and Address of Plaintiff)

2. Second Paragraph (Name and Address of Defendant)

3. This employment discrimination action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended. Jurisdiction is specifically conferred on this Court by 42 U.S.C. 2000e-5. Equitable and other relief is sought under 42 U.S.C. 2000e5(g). **NOTE: IF YOUR ACTION IS NOT BASED ON THIS STATUTE, PLEASE CITE THE APPROPRIATE BASIS FOR YOUR ACTION. BE SURE TO MAKE OTHER NECESSARY CHANGES THROUGHOUT YOUR COMPLAINT.**

4. The acts complained of in this suit concern:    Bench Trial
   a. Murder & Fleecing of
   b.
   c. Helen S. Provino
   d. Other acts as specified.

   $10,000,000 Relief

**Attachment 3**

RM. Provino
5740
University
Heights Blvd
San Antonio TX
78249



U.S. Courthouse
Jack Brooks Federal Courthouse
Beaumont, Texas
300 Willow Street Su. 104
Beaumont, Texas 77701

PENSACOLA FL 325
29 MAR 2021 PM 2 L

77701-229699